FILED

MAR 11 2013

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUHAIL ABDU ANAM, *et al.* | |
| *Petitioner,* | |
| v. | Civil Action No. 04-1194 (TFH) |
| BARACK H. OBAMA, *et al.,* | |
| *Respondents.* | |

## STIPULATION AND ORDER

Upon consideration of the Stipulated Motion for Voluntary Dismissal Without Prejudice and for Continued Counsel Access Pursuant To the Protective Order, It is hereby **STIPULATED AND ORDERED** that:

1. Petitioner Abdulaziz al Swidi's (ISN 578) ("Petitioner") Petition for a Writ of Habeas Corpus, and this action, are hereby **DISMISSED** without prejudice.

2. The Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, issued by Judge Hogan on September 11, 2008, in *In re: Guantanamo Bay Detainee Litigation*, No. 08-MC-442 (TFH) (D.D.C.) (08-MC- 0442 Dkt. No. 235), and entered in this case (Dkt. No. 235) on that date (the "Protective Order"), shall remain in effect and continue to govern Petitioner's access to counsel while he remains confined at Guantanamo Bay and has the right to seek further relief by habeas corpus, whether or not he actually continues to have a petition pending before the Court.

3. This Stipulation and Order is without prejudice to the parties' rights to seek to set aside, modify, or otherwise obtain relief from any provision herein or of the Protective Order on any ground that could be or could have been raised at any time.

4.      The Court shall retain jurisdiction to enforce the terms of this Stipulation and

Order.

**SO ORDERED.**

Signed by Thomas F. Hogan, Judge, on ~~February~~ March 8, 2013.